IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ELGIN BYRD,

   Defendant.

CRIMINAL FILE NO.

1:16-CR-315-2-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 56] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 31]. The Defendant was properly advised of his Miranda warnings and his statements were voluntary. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 31] is DENIED.

SO ORDERED, this 31 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge